**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 16 EAL 2015
:
                Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
       v. :
:
:
:
DARRIN  BUSH, :
:
           Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of June, 2015, the Petition for Allowance of Appeal is

**DENIED**.